1  RONALD J. TENPAS
   Assistant Attorney General
2  United States Department of Justice
   Environment and Natural Resources Division
3
   KARL FINGERHOOD
4  Trial Attorney
   United States Department of Justice
5  Environment and Natural Resources Division
   P.O. Box 7611
6  Washington, DC 20044-7611
   Telephone: (202) 514-7519
7  Facsimile:  (202) 514-2583
   karl.fingerhood@usdoj.gov
8

JSC

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

"NUNC PRO TUNC"
Effective as of: JAN 2 2 2009

9
10           **IN THE UNITED STATES DISTRICT COURT**

11          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

12                    **WESTERN DIVISION**

13
   UNITED STATES OF AMERICA,          CASE NO.  CV-00-012471 TJH (JWJx)
14
              Plaintiff,              **SECOND AMENDMENT TO**
15                                    **CONSENT DECREE**

16        v.

17  ABEX AEROSPACE DIVISION
    and PNEUMO-ABEX
18  CORPORATION; AIR PRODUCTS
    AND CHEMICALS, INC.; ALCOA
19  INC.; ALLIEDSIGNAL, INC. (now
    known as HONEYWELL
20  INTERNATIONAL, INC.); ALPHA
    THERAPEUTIC CORPORATION;
21  APPLIED MICRO CIRCUITS
    CORPORA.TION; APPROPRIATE
22  TECHNOLOGIES II, INC.;
    ARLON ADHESIVES & FILM;
23  ARMOR ALL PRODUCTS
    CORPORATION; AVERY
24  DENNISON CORPORATION;
    BASF CORPORATION; BAXTER
25  HEALTHCARE CORPORATION;
    BOEING NORTH AMERICA,
26  INC.; BONANZA ALUMINUM
    CORP.; BORDEN, INC.; BOURNS,
27  INC.; BROADWAY STORES,
    INC.; CALIFORNIA DEPT. OF
28  TRANSPORTATION; CALSONIC
    CLIMATE CONTROL, INC. (now

1   known as CALSONIC NORTH
    AMERICA, INC.); CANON
2   BUSINESS MACHINES, INC.;
    INTERNATIONAL PAPER
3   COMPANY; WASTE
    MANAGEMENT, INC.; UNITED
4   DOMINION INDUSTRIES; CITY
    OF LOS ANGELES,
5   DEPARTMENT OF AIRPORTS;
    CITY OF SANTA MARIA;
6   COUNTY OF LOS ANGELES;
    CROSBY & OVERTON, INC.;
7   DATATRONICS ROMOLAND,
    INC.; DEUTSCHENGINEERED
8   CONNECTING
    DEVICES/DEUTSCH GAV;
9   DISNEYLAND CENTRAL
    PLANT; DOW CHEMICAL
10  COMPANY; FHL GROUP;
    FIRMENICH INCORPORATED;
11  FORENCO, INC.; GAMBRO, INC.;
    GATX TERMINALS
12  CORPORATION; GENERAL
    DYNAMICS CORPORATION;
13  GEORGE INDUSTRIES; GOLDEN
    WEST REFINING COMPANY;
14  GREAT WESTERN CHEMICAL
    COMPANY; GSF ENERGY, L.L.C.
15  (successor to GSF ENERGY, INC.);
    GULFSTREAM AEROSPACE
16  CORPORATION; HEXCEL
    CORPORATION; HILTON
17  HOTELS CORPORATION;
    HITACHI HOME ELECTRONICS
18  (AMERICA), INC.; BP AMERICA
    INC.; HONEYWELL
19  INTERNATIONAL INC.; HUBBEL
    INC.; HUCK MANUFACTURING
20  COMPANY (by its former parent
    Federal Mogul Corporation);
21  HUGHES SPACE AND
    COMMUNICATIONS COMPANY;
22  HUNTINGTON PARK RUBBER
    STAMP COMPANY;
23  INTERNATIONAL RECTIFIER
    CORPORATION; JAN-KENS
24  ENAMELING COMPANY; JOHNS
    MANVILLE INTERNATIONAL,
25  INC.; K.C. PHOTO ENGRAVING
    CO.; KESTER SOLDER DIVISION,
26  LITTON SYSTEMS, INC.;
    KIMBERLY CLARK
27  WORLDWIDE, INC.; KOLMAR
    LABORATORIES, INC.; LOS
28  ANGELES COUNTY

2

1  METROPOLITAN
   TRANSPORTATION
2  AUTHORITY; LOMA LINDA
   UNIVERSITY; BRITISH ALCAN
3  ALUMINUM, P.L.C.; MATTEL,
   INC.; MAXWELL
4  TECHNOLOGIES, INC.; THE
   MAY DEPARTMENT STORES
5  COMPANY; McDONNELL
   DOUGLAS CORPORATION a
6  wholly owned subsidiary of the
   BOEING COMPANY; MEDEVA
7  PHARMACEUTICALS CA, INC.
   (f/k/as MD PHARMACEUTICAL
8  INC.); METROPOLITAN WATER
   DISTRICT OF SOUTHERN
9  CALIFORNIA; MICO INC.;
   MINNESOTA MINING AND
10 MANUFACTURING COMPANY;
   QUALITY CARRIERS INC. (f/k/a
11 MONTGOMERY TANK LINES,
   INC.); NI INDUSTRIES (a division
12 of TRIMAS, a wholly owned
   subsidiary of MASCO TECH); NMB
13 TECHNOLOGIES CORP.; OHLINE
   CORP.; OJAI MANUFACTURING
14 TECHNOLOGY, INC.; SIEMENS
   MEDICAL SYSTEMS, INC.;
15 PACIFIC BELL TELEPHONE
   COMPANY; PACIFIC GAS &
16 ELECTRIC CO.; PIONEER VIDEO
   MANUFACTURING INC.;
17 PRINTED CIRCUITS
   UNLIMITED; NELLCOR
18 PURTIAN-BENNETT; LONZA
   INC.; QUEST DIAGNOSTICS
19 CLINICAL LABORATORIES, INC.
   (f/k/a BIO SCIENCE
20 ENTERPRISES); RATHON CORP.
   (f/k/a DIVERSEY CORP.);
21 RAYTHEON COMPANY;
   REGENTS OF THE UNIVERSITY
22 OF CALIFORNIA; REICHHOLD
   INC.; REMET CORPORATION;
23 RESINART CORP.; ROBINSON
   PREZIOSO INC.; ROGERS
24 CORPORATION; SAFETY-KLEEN
   SYSTEMS, INC. (f/k/a SAFETY-
25 KLEEN CORP.); SCRIPTO TOKAI
   CORPORATION; SHELL OIL
26 COMPANY; THE SHERWIN-
   WILLIAMS COMPANY; SIGMA
27 CASTING CORPORATION (now
   known as HOWMET ALUMINUM
28 CASTING, INC.); SIGNET

3

**SECOND AMENDMENT TO CONSENT DECREE**

1   ARMORLITE, INC.; SOUTHERN
    CALIFORNIA EDISON CO.;
2   SOUTHERN PACIFIC
    TRANSPORTATION CO. (now
3   known as UNION PACIFIC
    RAILROAD COMPANY);
4   HARSCO CORPORATION; BHP
    COATED STEEL CORP.;
5   TELEDYNE INDUSTRIES INC.;
    TELEDYNE TECHNOLOGIES
6   INCORPORATED; TENSION
    ENVELOPE CORP.; TEXACO
7   INC.; TEXAS INSTRUMENTS
    TUCSON CORPORATION (f/k/a
8   BURR-BROWN CORP.); TITAN
    CORPORATION; TODD PACIFIC
9   SHIPYARDS; TREASURE CHEST;
    PACIFIC PRECISION METALS,
10  INC.; UNION OIL COMPANY OF
    CALIFORNIA; UNITED PARCEL
11  SERVICE, INC.; UNIVERSAL
    CITY STUDIOS, INC.; VAN
12  WATERS & ROGERS INC. and
    VOPAK DISTRIBUTION
13  AMERICAS CORPORATION (f/k/a
    UNIVAR CORPORATION);
14  VERTEX MICROWAVE
    PRODUCTS, INC. (f/k/a GAMMA-
15  F CORP.); WALT DISNEY
    PICTURES AND TELEVISION;
16  WARNER-LAMBERT COMPANY;
    WEBER AIRCRAFT; WESTERN
17  METAL DECORATING CO.;
    YORK INTERNATIONAL
18  CORPORATION; YORT INC. (f/k/a
    TROY LIGHTING, INC. TIFFANY
19  DIVISION);

20          Defendants.

21

22          **SECOND AMENDMENT TO CONSENT DECREE**

23              **I.   BACKGROUND**

24      A.    The Court entered a Consent Decree ("Consent Decree") in this case

25  on February 28, 2001, pursuant to the Comprehensive Environmental Response,

26  Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9601, *et seq*.  The First

27  Amendment to the Consent Decree, which governs a new response action

28

                            4

1   (the "Skateland Response Action," as hereinafter defined) unrelated to existing

2   work under the Consent Decree, is lodged herewith.  Except as expressly set forth

3   herein, this Second Amendment to the Consent Decree ("Second Amendment")

4   amends the Consent Decree as it has been or is later amended by the

5   First Amendment.  Except as expressly set forth herein, the defined terms in the

6   Consent Decree, as amended, retain their meanings in this Second Amendment to

7   Consent Decree.

8       B.    The Parties desire (1) to add additional Settling Work Defendants and

9   Settling Cash Defendants to those covered by the Consent Decree, as amended, (2)

10   to incorporate additional volume and related payments of certain original Settling

11   Cash Defendants, and (3) to correct certain omissions and typographical errors in

12   the caption.

13       **THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED:**

14       **II.    GENERAL PROVISIONS**

15       1.    Except as specifically provided in this Second Amendment, all

16   provisions and requirements of the original Consent Decree, as amended, shall be in

17   full force and effect.  The Parties agree that all such provisions remain fully

18   enforceable notwithstanding this Second Amendment.

19       **III.    AMENDMENTS**

20       2.    The caption and Appendix D of the Consent Decree, as amended, are

21   amended to include the additional Settling Work Defendants as set forth on Exhibit

22   A hereto.

23       3.    The caption and Appendix C of the Consent Decree, as amended, are

24   amended to include the additional Settling Cash Defendants as set forth on Exhibit

25   B hereto.  Each of these parties has entered a settlement agreement and paid their

26   respective settlement amounts.  Therefore, Section 42.a. of the Consent Decree

27   shall not apply to them, except that (1) the payments have been made in

28   contribution toward the Work, payment of Past Response Costs and Oversight

1   Costs, and fulfilling legal obligations related to the Work, (2) each Settling Cash
2   Defendant's obligations under the Consent Decree shall be limited to the payment it
3   has made, and (3) no Settling Cash Defendant shall be responsible for any payment
4   required of any other party.  Likewise, Sections 60 and 62.b. shall not apply.

5       4.      The Consent Decree is amended to cover additional Waste Material
6   attributable to and related settlement amounts paid by the original Settling Cash
7   Defendants, or affiliates of such original Settling Cash Defendants, listed on
8   Exhibit C hereto.  Each of these original Settling Cash Defendants has entered an
9   amendment to their respective settlement agreements and paid their respective
10  additional settlement amounts.  Therefore, Section 42.a. of the Consent Decree shall
11  not apply to them except that (1) the payments have been made in contribution
12  toward the Work, payment of Past Response Costs and Oversight Costs, and
13  fulfilling legal obligations related to the Work, (2) each Settling Cash Defendant's
14  obligations under the Consent Decree shall be limited to the payment it has made,
15  and (3) no Settling Cash Defendant shall be responsible for any payment required
16  of any other party.  Likewise, Sections 60 and 62.b. shall not apply.

17      5.      The caption of the Consent Decree, as amended, is amended to include
18  an erroneously omitted Settling Cash Party, to correct a typographical error in the
19  caption, and to revise the names of various Settling Work Defendants, all as set
20  forth on Exhibit D hereto.  The provisions of the Consent Decree, as amended, shall
21  apply to these parties *ab initio.*

22      6.      Paragraph 82, as amended by the First Amendment, is further amended
23  to add the following sentence at the end of the paragraph: "With regard to claims
24  for contribution against additional Settling Cash Defendants set forth on Exhibit B
25  hereto, the Parties agree that the Settling Work Defendants and the Settling Cash
26  Defendants set forth on Exhibit B hereto are entitled to such protection as is
27  provided by CERCLA Section 113(f)(2), 42 U.S.C. § 9613(f)(2), for matters
28  addressed in the Consent Decree, as amended, provided, however, that this

1  protection shall be null and void as to a Settling Work Defendant set forth on

2  Exhibit A hereto or  Settling Cash Defendant set forth on Exhibit B if such Settling

3  Defendant hereto fails to perform any obligation under this Consent Decree, as

4  amended.  Such protection shall extend to all Work under the Consent Decree, as

5  amended, regardless of whether any such Work commenced before, during, or after

6  any amendment to the Consent Decree."

7       7.    Notwithstanding anything in this Second Amendment, the First

8  Amendment to the Consent Decree shall not apply to the Settling Cash Defendants

9  listed on Exhibit E, hereto.  Settling Work Defendants, or any one or any

10  combination of such Settling Work Defendants, reserve all rights against

11  the Settling Cash Defendants Listed on Exhibit E or any other person who has not

12  resolved all claims respecting any Work under the Consent Decree, as amended.

13       8.    Nothing in this Second Amendment shall be deemed to modify, excuse

14  or limit the performance or completion of any obligation any party hereto has

15  undertaken in any other written agreement with Settling Work Defendants, or any

16  one or any combination of such Settling Work Defendants, and all such other

17  written agreements shall remain in full force and effect.  The parties to such other

18  written agreements retain their respective rights thereunder.

19       9.    Upon approval by the Court of this Second Amendment, paragraph 95

20  of the Consent Decree shall be amended to add the approved Second Amendment

21  and any attachments thereto as "Appendix H."

22            **IV.   EXHIBITS**

23       10.   The following appendices are attached to and incorporated into this

24  Consent Decree:

25      EXHIBIT A:  ADDITIONAL SETTLING WORK DEFENDANTS.

26      EXHIBIT B:  ADDITIONAL SETTLING CASH DEFENDANTS.

27      EXHIBIT C:  SETTLING CASH DEFENDANTS WITH ADDITIONAL

28                 AFFILIATED ENTITIES OR WASTE MATERIAL

1    EXHIBIT D: CORRECTIONS TO CAPTION AND APPENDIX D.

2    EXHIBIT E: SETTLING CASH DEFENDANTS ON CONSENT DECREE

3              TO WHICH FIRST AMENDMENT TO CONSENT DECREE

4              DOES NOT APPLY.

5    **V.    LODGING AND OPPORTUNITY FOR PUBLIC COMMENT**

6         11.    This Second Amendment shall be lodged with the Court for a period of

7    not less than thirty (30) days for public notice and comment in accordance with

8    Section 122(d)(2) of CERCLA, 42 U.S.C. § 9622(d)(2), and 28 C.F.R. § 50.7.

9    The United States reserves the right to withdraw or withhold its consent if the

10   comments regarding the Second Amendment disclose facts or considerations which

11   indicate that the Second Amendment is inappropriate, improper, or inadequate.

12        12.    If for any reason the Court should decline to approve this Second

13   Amendment in the form presented, this Second Amendment is void *ab initio* and

14   the original Consent Decree, as amended, shall remain fully in effect and

15   enforceable.

16        13.    If for any reason the Court should decline to approve the

17   First Amendment in the form presented, this Second Amendment shall apply to the

18   original Consent Decree, which shall remain fully in effect and enforceable.

19                    **VI.    EFFECTIVE DATE**

20        14.    Except as otherwise specifically provided herein, the effective date of

21   this Consent Decree shall be the date upon which this Consent Decree is entered by

22   the Court.

23                 **VII.   SIGNATORIES/SERVICE**

24        15.    Each undersigned representative of a Settling Defendant to this

25   Consent Decree and the Assistant Attorney General for Environment and Natural

26   Resources of the Department of Justice certifies that he or she is fully authorized to

27   enter into the terms and conditions of this Consent Decree and to execute and

28   legally bind such Party to this Consent Decree.

8

1 | ///

2     16.    Each Settling Defendant hereby agrees not to oppose entry of this

3 | Consent Decree by this Court or to challenge any provision of this Consent Decree

4 | unless the United States has notified the Settling Defendants in writing that it no

5 | longer supports entry of the Consent Decree.

6     17.    Each additional Settling Defendant added to the Consent Decree, as

7 | amended by this Second Amendment, shall identify, on the attached signature page,

8 | the name, address and telephone number of an agent who is authorized to accept

9 | service of process by mail on behalf of that Party with respect to all matters arising

10 | under or relating to this Consent Decree.  The additional Settling Defendants hereby

11 | agree to accept service in that manner and to waive the formal service requirements

12 | set forth in Rule 4 of the Federal Rules of Civil Procedure and any applicable local

13 | rules of this Court, including, but not limited to, service of a summons.

SO ORDERED THIS 28th DAY OF August, 2009.

Honorable Terry J. Hatter, Jr.
United States District Judge

9

1    THE UNDERSIGNED PARTIES enter into this Second Amendment to the

2  Consent Decree, as amended, in the matter of *United States v. Abex Aerospace*

3  *Division, et al.*, relating to the Omega Chemical Corporation Superfund Site.

4    FOR THE UNITED STATES OF AMERICA

5  Date: _____, 2008

6                                      RONALD J. TENPAS
7                                          Assistant Attorney General
                                       Environment and Natural Resources Division
8                                      U.S. Department of Justice
                                       Washington, DC 20530
9
10                                     KARL J. FINGERHOOD
                                       Trial Attorney
11                                     Environmental Enforcement Section
                                       Environment and Natural Resources Division
12                                     U.S. Department of Justice
                                       P.O. Box 7611
13                                     Washington, DC 20044-7611

14

15

16                                     KEITH TAKATA
                                       Director, Superfund Division
17                                     U.S. Environmental Protection Agency,
                                       Region IX
18                                     75 Hawthorne Street
                                       San Francisco, CA 94105
19

20                                     STEPHEN BERNINGER
21                                     Assistant Regional Counsel
                                       U.S. Environmental Protection Agency,
22                                     Region IX
                                       75 Hawthorne Street
23                                     San Francisco, CA 94105

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SECOND AMENDMENT TO CONSENT DECREE

1

## SIGNATURE PAGES OF PARTIES ON EXHIBIT A

2

Signature pages of parties on Exhibit A are set forth above.

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE PAGES OF PARTIES ON EXHIBIT B

**SECOND AMENDMENT TO CONSENT DECREE**



1

## SIGNATURE PAGES OF PARTIES ON EXHIBIT C

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## SIGNATURE PAGES OF PARTIES ON EXHIBIT D

2

3        Parties listed on Exhibit D also appear on Exhibits A or B and their signature

4    pages are not duplicated here.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND AMENDMENT TO CONSENT DECREE

1

# SIGNATURE PAGES OF PARTIES ON EXHIBIT D

2

3      Parties listed on Exhibit E either also appear on Exhibit B or are not

4  signatories to this Second Amendment.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SECOND AMENDMENT TO CONSENT DECREE

# EXHIBIT A

## ADDITIONAL SETTLING WORK DEFENDANTS

| Caption | Appendix D |
|---|---|
| AMERICAN STANDARD, INC. | American Standard, Inc. |
| ASTRO ALUMINUM TREATING CO. INC. | Astro Aluminum Treating Co. Inc. |
| CAL MART by TUCSON VALLEY LIQUIDATING TRUST by J. EMERY BARKER, TRUSTEE | Cal Mart by Tucson Valley Liquidating Trust by J. Emery Barker, Trustee |
| CALIFORNIA HYDROFORMING CO. | California Hydroforming Co. |
| CENTER LINE WHEEL CORP. | Center Line Wheel Corp. |
| CINTAS CORPORATION (successor to UNITOG COMPANY) | Cintas Corporation (successor to Unitog Company) |
| COATINGS RESOURCE CORPORATION | Coatings Resource Corporation |
| COLUMBIA SHOWCASE & CABINET CO., INC. | Columbia Showcase & Cabinet Co., Inc. |
| CTL PRINTING INC. | CTL Printing Inc. for Cal Tape & Label Co. |
| DUDE, INC. | Dude, Inc. |
| HERCULES INCORPORATED | Hercules Incorporated |
| MAJON, INC./HURST | Majon, Inc./Hurst |
| NORTHROP GRUMMAN SYSTEMS CORPORATION | Northrop Grumman Systems Corporation |

SECOND AMENDMENT TO CONSENT DECREE

| PFIZER, INC. | Pfizer, Inc. |
|---|---|
| PILKINGTON PLC | Pilkington plc (including Swedlow) |
| SCHERING CORPORATION | Schering Corporation |
| SOCO WEST, INC. as successor to HOLCHEM, INC. | Soco West, Inc. as successor to Holchem, Inc. |
| SONOCO PRODUCTS (aka ENGRAPH, INC./PATTON) | Sonoco Products (aka Engraph, Inc./Patton) |
| SPARTON TECHNOLOGY, INC. | Sparton Technology, Inc. |

19

# EXHIBIT B

## ADDITIONAL SETTLING CASH DEFENDANTS

| Caption | Appendix C |
|---|---|
| AIR CONDITIONING CO. INC. | Air Conditioning Co. Inc. |
| ANZON COMPANY | Anzon Company |
| BELL INDUSTRIES, INC. | Bell Industries, Inc. |
| BUILDING MATERIALS CORPORATION OF AMERICA, d/b/a GAF MATERIALS CORPORATION | Building Materials Corporation of America, d/b/a GAF Materials Corporation |
| CAL-AIR, INC. | CAL-AIR, INC. |
| CITY OF COSTA MESA | City of Costa Mesa |
| COASTCAST CORPORATION | Coastcast Corporation |
| ABM CMS, INC. (fka COMMAIR MECHANICAL SERVICES) | ABM CMS, INC. (fka Commair Mechanical Services) |
| COUNTY OF SAN BERNARDINO | County of San Bernardino |
| EL PASO ENERGY INTERNATIONAL COMPANY | El Paso Energy International Company for Bonneville Pacific Corporation |
| GENERAL ELECTRIC COMPANY | General Electric Company |
| HARTWELL CORPORATION | Hartwell Corporation |
| HERTZ CORPORATION, THE | Hertz Corporation, The |
| RICOH PRINTING SYSTEMS AMERICA, INC. | for Dataproducts Corp. |

20

| VALEANT PHARMACEUTICALS INTERNATIONAL (fka ICN PHARMACEUTICALS, INC.) | Valeant Pharmaceuticals International (fka ICN Pharmaceuticals, Inc.) |
|---|---|
| COLUMBIA PACIFIC ALUMINUM CORPORATION-MODESTO (dissolved) | Columbia Pacific Aluminum Corporation (dissolved) |
| INTEGRATED MICROELECTRONICS, INC. | Integrated Microelectronics, Inc. for AVX Corp. |
| ITT CORPORATION., a successor to ITT BARTON, ITT GENERAL CONTROLS and ITT GILFILLAN | ITT Corporation, a successor to ITT Barton, ITT General Controls and ITT Gilfillan |
| JOHANSON DIELECTRICS INC. | Johanson Dielectrics Inc. |
| ROCKWELL COLLINS OPTRONICS, INC. | Rockwell Collins Optronics, Inc. |
| L.A. SUPPLY COMPANY, dba LABEL HOUSE | L.A. Supply Company, dba LABEL HOUSE |
| LANSDALE SEMICONDUCTOR, INC | Lansdale Semiconductor, Inc |
| LEAR SIEGLER DIVERSIFIED HOLDING CORP., as successor to LEAR SIEGLER, INC. | Lear Siegler Diversified Holding Corp., as successor to Lear Siegler, Inc. |
| LEFIELL MANUFACTURING COMPANY | LeFiell Manufacturing Company |

SECOND AMENDMENT TO CONSENT DECREE

| | |
|---|---|
| LEUCADIA, INC., GENERAL MARBLE CORPORATION DIVISION | Leucadia, Inc., General Marble Corporation Division |
| LOCKHEED MARTIN LIBRASCOPE CORPORATION | Lockheed Martin Librascope Corporation |
| LOS ANGELES UNIFIED SCHOOL DISTRICT | Los Angeles Unified School District |
| MTI ENGINEERING CORPORATION (MITUTOYO AMERICAN CORPORATION) | MTI Engineering Corporation (Mitutoyo American Corporation) |
| NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORP. | Northrop Grumman Space & Mission Systems Corp. |
| NOVACAP, INC. | Novacap, Inc. |
| PHARMAVITE LLC | Pharmavite LLC |
| SHAMROCK SCIENTIFIC SPECIALTY SYSTEMS, INC. | Shamrock Scientific Specialty Systems, Inc. |
| SIEMENS BUILDING TECHNOLOGIES, INC. (fka MCC POWERS) | Siemens Building Technologies, Inc. (fka MCC Powers) |
| SYMMETRICOM, INC. | Symmetricom, Inc. |
| TERADYNE INC | Teradyne Inc |
| TIMEMED LABELING SYSTEMS, INC. | Timemed Labeling Systems, Inc. |
| TRIBUNE COMPANY, as successor in interest to THE TIMES MIRROR COMPANY | Tribune Company, as successor in interest to The Times Mirror Company |

SECOND AMENDMENT TO CONSENT DECREE

| | |
|---|---|
| TRW TECHNAR, INC. | TRW Technar, Inc. |
| VIASYS HEALTHCARE, INC. | VIASYS Healthcare, Inc. for Bear Medical System, Inc. |
| XARD Corp. (fka Arwood Corporation) | XARD Corp. (fka Arwood Corporation) |

23

**SECOND AMENDMENT TO CONSENT DECREE**

# EXHIBIT C

## SETTLING CASH DEFENDANTS WITH ADDITIONAL AFFILIATED ENTITIES OR WASTE MATERIAL

Eastman Kodak Company, an original Settling Cash Defendant for its entity FPC, Inc., A Kodak Co., has new volume for itself, Eastman Kodak Company.

Minnesota Mining and Manufacturing additional affiliated entity:

3M Company (Vision Care).

Puritan Bennett additional affiliated entities:

Tyco International/Armin Plastics; Tyco Electronics Corporation as successor to AMP Inc/Matrix Science Corp, and Unistrut Corp.; Mallinckrodt Inc., a Delaware Corporation, as successor to Mallinckrodt/Tronmed and Mallinckrodt Critical Care; and Advanced Packaging Systems/Interamics.

Teradyne Inc. has additional volume for the same entity.

# EXHIBIT D

## CORRECTIONS TO CONSENT DECREE CAPTION AND APPENDIX D

| Original Caption | Amended Caption | Original Appendix D | Amended Appendix D |
|---|---|---|---|
| | | Alcoa Electronic Packaging, Inc. | Alcoa Inc. (on behalf of Alcoa Electronic Packaging, Inc., Alcoa Global Fasteners for TRE/Weslock and Alumax for Amerimax Building Products for Admiral Aluminum) |
| BOEING NORTH AMERICA, INC. | THE BOEING COMPANY | The Boeing Company | The Boeing Company (sued as Rockwell International Corporation) |

SECOND AMENDMENT TO CONSENT DECREE

| | | | |
|---|---|---|---|
| BORDEN, INC. | HEXION SPECIALTY CHEMICALS, INC.<br><br>FIRMENICH, INC. | MCP Foods (by Borden, Inc. and Firmenich Incorporated) | MCP Foods (by Hexion Specialty Chemicals, Inc. and Firmenich, Inc.) |
| BP AMERICA INC. | BP AMOCO CHEMICAL COMPANY | BP America, Inc. (on behalf of Hitco Inc.) | BP AMOCO Chemical Company (on behalf of Hitco Inc.)<br><br>Atlantic Richfield Company |
| CALIFORNIA DEPT. OF TRANSPORTATION | STATE OF CALIFORNIA ACTING BY AND THROUGH THE DEPARTMENT OF TRANSPORTATION | California Dept. of Transportation | State of California acting by and through the Department of Transportation |
| DISNEYLAND CENTRAL PLANT | SEMPRA ENERGY SOLUTIONS | Disneyland Central Plant | Sempra Energy Solutions |

SECOND AMENDMENT TO CONSENT DECREE

| | | | |
|---|---|---|---|
| GATX TERMINALS CORPORATION | KINDER MORGAN LIQUIDS TERMINALS, LLC, formerly known as GATX TERMINALS CORPORATION | GATX Terminals Corporation | Kinder Morgan Liquids Terminals, LLC, formerly known as GATX TERMINALS CORPORATION |
| HEXCEL CORPORATION | HEXCEL CORPORATION (CIBA-GEIGY) | Hexcel Corporation/Ciba-Geigy | Hexcel Corporation (Ciba-Geigy) |
| HUCK MANUFACTURING COMPANY (by its former parent Federal Mogul Corporation) | FEDERAL-MOGUL CORPORATION (on behalf of its former dissolved subsidiary HUCK MANUFACTURING COMPANY) | Huck Manufacturing Company | Federal-Mogul Corporation (on behalf of its former dissolved subsidiary Huck Manufacturing Company) |
| HUGHES SPACE AND COMMUNICATIONS COMPANY | BOEING SATELLITE SYSTEMS, INC. | Hughes Space and Communications Company | Boeing Satellite Systems, Inc |

27

| JOHNS MANVILLE INTERNATIONAL, INC. | JOHNS MANVILLE | Johns Manville International, Inc. (f/k/a Schuller International, Inc. and Manville Sales Corporation) (Celite Corporation) | Johns Manville (f/k/a Schuller International, Inc. and Manville Sales Corporation) (Celite Corporation) |
|---|---|---|---|
| KIMBERLY CLARK WORLDWIDE, INC. | KIMBERLY CLARK WORLDWIDE INC., FULLERTON MILL | Kimberly Clark Corp. | Kimberly Clark WorldWide Inc., Fullerton Mill |
| LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY | LA COUNTY MTA (So. California RTD) | LA County MTA/So. California RTD | LA COUNTY MTA (So. California RTD) |
| NELLCOR PURTIAN BENNETT | PURITAN BENNETT | | |

28

| | | | |
|---|---|---|---|
| NI INDUSTRIES (a division of TRIMAS, a wholly owned subsidiary of MASCO TECH) | MASCO PLUMBING PRODUCTS, INC. as indemnitor for NORRIS INDUSTRIES, INC. | NI Industries, a division of TriMas, a wholly owned subsidiary of MascoTech | Masco Plumbing Products, Inc. as indemnitor for Norris Industries, Inc. |
| NOT INCLUDED | EASTMAN KODAK COMPANY | | |
| PACIFIC BELL TELEPHONE COMPANY | PACIFIC BELL TELEPHONE COMPANY, a California Corporation | | |
| TEXAS INSTRUMENTS<br><br>TUCSON CORPORATION (f/k/a BURR-BROWN CORP.) | TEXAS INSTRUMENTS INCORPORATED | Tucson Corporation (f/k/a Burr-Brown Corp.) | Texas Instruments Incorporated |

SECOND AMENDMENT TO CONSENT DECREE

| | | | |
|---|---|---|---|
| UNIVERSAL CITY STUDIOS, INC. | UNIVERSAL CITY STUDIOS LLLP, L.P. | Universal City Studios, Universal Studios, MCA/Universal Studios, and Universal Title & Optical | Universal City Studios LLLP, L.P. (f/k/a Universal City Studios LP, Universal City Studios LLC, and Universal City Studios, Inc.), Universal City Studios; Universal Studios; Universal Studios, Inc., f/k/a MCA INC.; MCA/Universal Studios; MCA/Universal; and Universal Title & Optical. |

30

| VAN WATER & ROGERS INC. and VOPAK DISTRIBUTION AMERICAS CORPORATION (f/k/a UNIVAR CORPORATION) | UNIVAR CORP., UNIVAR USA INC. (F/K/A VAN WATERS & ROGERS INC., VOPAK DISTRIBUTION AMERICAS INC.) | Van Waters & Rogers Inc. and Vopak Distribution Americas Corporation (f.k.a. Univar Corporation) | Univar Corp., Univar USA Inc. (f/k/a Van Waters & Rogers Inc., Vopak Distribution Americas Inc.) |
|---|---|---|---|
| WASTE MANAGEMENT, INC. | CHEMICAL WASTE MANAGEMENT, INC | | |

31

# EXHIBIT E

## SETTLING CASH DEFENDANTS ON CONSENT DECREE TO WHICH FIRST AMENDMENT TO CONSENT DECREE DOES NOT APPLY

| Caption | Appendix C |
|---|---|
| AIR PRODUCTS AND CHEMICALS, INC. | Air Products and Chemicals, Inc. |
| APPROPRIATE TECHNOLOGIES II, INC. | Appropriate Technologies II, Inc. |
| BONANZA ALUMINUM CORP. | Bonanza Aluminum Corp. |
| BROADWAY STORES, INC. | Broadway Stores, Inc. |
| CITY OF SANTA MARIA | City of Santa Maria |
| DATATRONICS ROMOLAND, INC. | Datatronics Romoland, Inc. |
| DEUTSCH ENGINEERED CONNECTING DEVICES/DEUTSCH GAV | Deutsch Engineered Connecting Devices/Deutsch GAV |
| GAMBRO, INC. | Gambro, Inc. |
| GSF ENERGY, L.L.C. (successor to GSF ENERGY, INC.) | GSF Energy, L.L.C., successor to GSF Energy, Inc. |

| | |
|---|---|
| LEFIELL MANUFACTURING COMPANY* | LeFiell Manufacturing Company* |
| LOMA LINDA UNIVERSITY | Loma Linda University |
| MAXWELL TECHNOLOGIES, INC. | Maxwell Technologies, Inc. |
| MICO INC. | MICO West |
| NELLCOR PURTIAN *[sic]* BENNETT | Puritan Bennett |
| RESINART CORP. | Resinart Corp. |
| SHELL OIL COMPANY | Shell Oil Products Company |
| SOUTHERN CALIFORNIA EDISON CO. | Southern California Edison Co. |

**SECOND AMENDMENT TO CONSENT DECREE**

| | |
|---|---|
| TELEDYNE TECHNOLOGIES INCORPORATED | TDY Industries, Inc. for Teledyne Inet, Teledyne Linair, Teledyne AeroCal<br><br><br>Teledyne Cast Parts, Teledyne Controls, Teledyne Electronic Technologies by Teledyne Technologies Incorporated |
| THE MAY DEPARTMENT STORES COMPANY | The May Department Stores Company |
| TODD PACIFIC SHIPYARDS | Todd Pacific Shipyards |
| TRW TECHNAR, INC.* | TRW Technar, Inc.* |
| UNITED DOMINION INDUSTRIES | Cherokee International, Inc. |
| UNITED PARCEL SERVICE, INC. | United Parcel Service, Inc. |
| [not listed] | U.S. Navy |

———

\* Not on original Consent Decree; amended on by this Second Amendment.

**SECOND AMENDMENT TO CONSENT DECREE**